# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| Roger DeBenedetto, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 6:15-cv-02475-MGL |
| Thaxton Investment Corporation, Southern Management Corporation, Southern Finance of South Carolina, Inc. d/b/a Southern Finance, Quick Credit, Covington Credit, SoCo Finance, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on a consent motion for court approval for settlement of the FOURTH CLAIM FOR RELIEF – FLSA RETALIATION in the above-captioned case. For good cause shown, the joint parties' motion for approval of settlement is GRANTED, and it is hereby ORDERED that settlement is approved.

    s/Mary Geiger Lewis
The Honorable Mary Geiger Lewis
United States District Judge

March 23, 2016
Columbia, South Carolina