AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Roger DeBenedetto, individually and on behalf of all others similarly situated,

*Plaintiff*

v.

Thaxton Investment Corporation; Southern Management Corporation; Southern Finance of South Carolina Inc, d/b/a Southern Finance, Quick Credit, Covington Credit, and SoCo Finance

*Defendants,*

Civil Action No.   6:15-cv-02475-MGL

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the parties joint motion for settlement is granted without opposition.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis.

Date:   June 1, 2016

*ROBIN L. BLUME, CLERK OF COURT*

s/Ashley Buckingham

*Signature of Clerk or Deputy Clerk*